IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Order Relates To:<br><br>Case No. C 05 4598 CRB,<br>*James A. Trainor v. Pfizer Inc.*<br><br>Case No. C 05 4588 CRB,<br>*James A. Trainor v. Pfizer Inc.* | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699<br><br>**ORDER CONSOLIDATING DUPLICATIVE CASE NO. C 05 4588 CRB WITH CASE NO. C 05 4598 CRB FOR ALL FURTHER PROCEEDINGS AND PURPOSES, INCLUDING TRIAL** |

Having duly considered Defendant Pfizer Inc.'s Unopposed Motion to Dismiss or Consolidate Duplicative Lawsuit, the Court is of the opinion that Case No. C 05 4588 CRB is, in fact, duplicative of Case No. C 05 4598. Therefore, the Court ORDERS that Case No. C 05 4588 CRB is hereby consolidated with Case No. C 05 4598 for all further proceedings and purposes, including trial. The clerk is directed to close Case No. C 05 4588 CRB and the parties are instructed to make all future filings pertaining to either case in Case No. C 05 4598 CRB.

IT IS SO ORDERED.

Dated: aUGUST 30, 2006

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

- 1 -

ORDER CONSOLIDATING DUPLICATIVE LAWSUITS